## Tyrone MCDOUGALD, Plaintiff–Appellant,

v.

## Craig FOSTER; et al., Defendants–Appellees.

No. 08–17218.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 1, 2008.*

Filed Dec. 10, 2008.

Tyrone McDougald, Ely, NV, pro se.

Jill Carol Davis, Esquire, Deputy Assistant Attorney General, AGNV–Office of the Nevada Attorney General, Las Vegas, NV, for Defendants–Appellees.

Before: GOODWIN, CLIFTON and BEA, Circuit Judges.

MEMORANDUM **

Upon review of the record and appellant's opening brief, this court hereby sum-

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

marily affirms the district court's order denying appellant's request for preliminary injunctive relief. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

All pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.